# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| NATALIE ELIZABETH MARIE ALLEN,<br><br>     Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner,<br>Social Security Administration,<br><br>     Defendant. | Case No. CIV-23-402-RAW-DES |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

On March 10, 2025 the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 21]. The Plaintiff has filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 23].  Plaintiff objects to the Magistrate Judge's Report and Recommendation asserting that the ALJ erred and remand is required because the ALJ failed to resolve a conflict in the VE's testimony with regard to the reasoning level assigned by the DOT for different categories of jobs and Claimant's specific limitations. The Magistrate Judge reviewed the ALJ's analysis in the RFC determination and noted that the ALJ had posed a hypothetical question to the VE that matched the RFC assessment, which resulted in the identification of a sufficient number of jobs in the national economy.  Further, the ALJ had substantial evidence to support her determination and that correct legal standards were

applied by the ALJ.  Thus, the decision of the Commissioner was supported by substantial evidence.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported.  The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order.  The decision of the Commissioner is affirmed.


**IT IS SO ORDERED** this 27th day of March, 2025.

.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**